UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61324-CIV-ZLOCH

LARRY DELANEY,

       Plaintiff,

vs.                                                                  **FINAL ORDER OF DISMISSAL**

UNITED STATES, et al.,

       Defendants.
_____/

    THIS MATTER is before the Court upon Plaintiff Larry Delaney's Complaint (DE 1), and the Application To Proceed In District Court Without Prepaying Fees Or Costs (DE 2), which the Court construes as a Motion To Proceed In Forma Pauperis. The Court has carefully reviewed said Complaint, Motion, the entire court file and is otherwise fully advised in the premises.

    Pursuant to 28 U.S.C. § 1915(e)(2), a court may dismiss an in forma pauperis complaint if the action is frivolous or malicious or fails to state a claim upon which relief can be granted. 28 U.S.C. § 1915(e)(2)(B)(i)-(ii). This is so because "[s]ection 1915 represents a balance between facilitating an indigent person's access to the courts and curbing the potentially vast number of suits by such persons, who, unlike those who must pay in order to litigate their claims, have no economic disincentives to filing frivolous or malicious suits once in forma pauperis status is granted." Herrick v. Collins, 914 F.2d 228, 229 (11th Cir. 1990).

    The United States Supreme Court has held that a complaint fails to state a claim where the claims asserted are implausible as

pled. Cf. Bell Atlantic Corp. v. Twombly, 550 U.S. 554, 555-56 (2007) (construing Federal Rule of Civil Procedure 12(b)(6)). That is, a claim must plead "enough factual matter (taken as true) to suggest" that recovery will be warranted. Id. at 556.

Here, the Court finds that Plaintiff's Complaint (DE 1), even under the most liberal reading, fails to state a claim upon which relief can be granted. Therefore, this cause cannot proceed and must be dismissed pursuant to 28 U.S.C. § 1915.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Application To Proceed In District Court Without Prepaying Fees Or Costs (DE 2), which the Court construes as a Motion To Proceed In Forma Pauperis be and the same is hereby **DENIED**;

2. The above-styled cause be and the same is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915; and

3. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 20th day of July, 2011.

/s/ William J. Zloch
WILLIAM J. ZLOCH
United States District Judge

Copy furnished:

Larry Delaney, PRO SE
300 E. Oakland Park Blvd. #171
Fort Lauderdale, FL 33334